**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000420
16-FEB-2018
01:30 PM**

NO. CAAP-16-0000420

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KAHUKU VILLAGE ASSOCIATION, INC., Plaintiff-Appellee,
v.
KENNETH TAIPIN and NOELANI TAIPIN,
Defendants-Appellants,
and
JOHN ERRETT, et al., Counterclaim Plaintiffs-Appellees,
and
KAHUKU VILLAGE ASSOCIATION, INC., a Hawai'i non-profit
corporation (KVA), et al., Counterclaim Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2987-11)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) Pro se Defendants-Appellants Kenneth Taipin's and Noelani Taipin's (the Taipins) statement of jurisdiction and opening brief were due on or before August 9, 2017, and August 29, 2017, respectively;

(2) The Taipins did not file either document or request an extension of time;

(3) On September 18, 2017, the appellate clerk notified the Taipins that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on September 28, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and the Taipins may request relief from default by motion; and

(4) The Taipins took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 16, 2018.

Presiding Judge

Associate Judge

Associate Judge